AO 455(Rev. 5/85) Waiver of Indictment

---

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
JAN 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

ROLANDO GUADALUPE-TINOCO

WAIVER OF INDICTMENT

CASE NUMBER: 08CR190-BTM

I, ROLANDO GUADALUPE-TINOCO, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 1/24/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Guadalupe
Defendant

Counsel for Defendant

Before _____
JUDICIAL OFFICER