# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08CR0190-BTM (LSP) |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| ROLANDO GUADALUPE-TINOCO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Joint Motion to Continue Change of Plea Hearing has been electronically served this day upon:

Caroline Han
U.S. Attorney's Office
880 Front Street
San Diego, CA  92101

Dated:  February 15, 2008

 _/s/  Erick  L.  Guzman__
ERICK L. GUZMAN
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
erick_guzman@fd.org