1  **ERICK L. GUZMAN**
   California State Bar No. 244391
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  erick_guzman@fd.org

5  Attorneys for Rolando Guadalupe-Tinoco

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE LEO S. PAPAS)**

11 | UNITED STATES OF AMERICA, ) | Case No. 08cr0190-BTM (LSP)
                              )
12 |         Plaintiff,        )
                              )
13 | v.                        )  **JOINT MOTION TO CONTINUE**
                              )  **CHANGE OF PLEA HEARING**
14 | ROLANDO GUADALUPE-TINOCO, )
                              )
15 |         Defendant.        )
   |_____)

16

17     Good cause appearing therefore, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Erick

18 L. Guzman, and Federal Defenders of San Diego, Inc., counsel for Rolando Guadalupe-Tinoco, along with

19 Assistant United States Attorney Caroline Han, that the change of plea hearing set for February 19, 2008 at

20 9:30 a.m. be continued to **February 26, 2008, at 9:30 a.m.**

21                                          Respectfully submitted,

22 DATED:    February 15, 2008          */s/ Erick L. Guzman*
                                        **ERICK L. GUZMAN**
23                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Rolando Guadalupe-Tinoco
24

25 DATED:    February 15, 2008          */s/ Caroline Han*
                                        **CAROLINE HAN**
26                                      Assistant United States Attorney

27

28