UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. LEO S. PAPAS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr0190-BTM (LSP) |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING JOINT MOTION TO CONTINUE CHANGE OF PLEA HEARING |
| ROLANDO GUADALUPE-TINOCO, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the joint motion to continue the change of plea hearing in this matter now scheduled for February 19, 2008 at 9:30 a.m. be continued until **February 26, 2008, at 9:30 a.m.**

**IT IS SO ORDERED**

Dated: February 15, 2008

**HONORABLE LEO S. PAPAS**
UNITED STATES MAGISTRATE JUDGE